AMIN TALATI WASSERMAN, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendant Walmart Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATY THOMAS and KIM ANTWINE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No.: 3:25-cv-4114-AMO<br><br>**JOINT STIPULATION TO FURTHER EXTEND RESPONSE DEADLINE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-11 and 6-1(b), Plaintiffs Katy Thomas and Kim Antwine ("Plaintiffs") and Defendant Walmart Inc. ("Defendant," and collectively, the "Parties") hereby stipulate as follows:

WHEREAS, on May 13, 2025, Plaintiff filed the Complaint in the above-captioned action (Dkt. No. 1);

WHEREAS, on May 15, 2025, Plaintiffs served their Complaint on Defendant;

WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties filed a stipulation extending the time for Defendant to respond to the Complaint to July 14, 2025 (Dkt. No. 12);

WHEREAS, Plaintiffs and Defendant are conferring in good faith regarding the Complaint and believe one additional extension of the responsive pleading deadline will promote judicial and party economy;

WHEREAS, counsel have conferred and agreed that, subject to the Court's approval, the time for Defendant's response to the Complaint should be extended from July 14, 2025, to August 13, 2025; and

WHEREAS, extending the foregoing deadline will not impact any other deadlines in this case;

IT IS HEREBY STIPUATED AND AGREED by the Parties, subject to the approval of this Court, that the time for Defendant to respond to the Complaint be extended to August 13, 2025.

Dated: June 26, 2025

**AMIN WASSERMAN GURNANI, LLP**

**/s/ *William P. Cole***
William P. Cole

*Attorneys for Walmart Inc.*

Dated: June 26, 2025

**KUZYK LAW, LLP**

***/s/ Michael D. Braun***
Michael D. Braun

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Northern District of California Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: June 26, 2025

***/s/ William P. Cole***
William P. Cole

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________

________________________________
Hon. Araceli Martínez-Olguín
United States District Judge

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on the 26th day of June, 2025, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ ***William P. Cole***
William P. Cole