1

Michael D. Braun (SBN 167416)
**KUZYK LAW, LLP**
2121 Avenue of the Stars, Ste. 800
Los Angeles, California 90067
Telephone:    (213) 401-4100
Facsimile:    (213) 401-0311
Email:    mdb@kuzykclassactions.com

2

3

4

5

6

*Counsel for Plaintiffs*

7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8

9

10

**KATY THOMAS and KIM ANTWINE on
behalf of themselves and all others similarly
situated,**

11

**CASE NO.: 3:25-cv-4114-AMO**

**CLASS ACTION**

12

**Plaintiffs,**

**v.**

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED.R.CIV.P. 41(a)(1)(A)(i)**

13

14

**WALMART, INC.**

15

**Defendant**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Katy Thomas and Kim

2  Antwine, by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal.

3  The Dismissal is with prejudice as to Mses. Thomas and Antwine's individual claims. Each party to

4  bear its own fees, costs, and expenses.

5

6    DATED: July 17, 2025                    Respectfully submitted,

7

8

9                                            Michael D. Braun
                                             **KUZYK LAW, LLP**
10                                           mdb@kuzykclassactions.com
                                             2121 Avenue of the Stars, Ste. 800
11                                           Los Angeles, California 90067
                                             Telephone:    (213) 401-4100
12                                           Facsimile:    (213) 401-0311

13

14                                           *Counsel for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28